IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DOE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| WOODWARD PROPERTIES, | : | |
| WOODWARD PROPERTIES, INC., THE | : | |
| WESTOVER COMPANIES, WESTOVER | : | |
| COMPANIES, WESTOVER PROPERTY, | : | |
| MANAGEMENT COMPANY, LP, STAR | : | |
| PARTNERS, LP, 151 SOUTH BISHOP, | : | |
| INC. and WP BISHOP NewCO, LLC | : | NO. 20-5090 |

## ORDER

**NOW,** this 20th day of October, 2020, upon consideration of the Motion of Plaintiff to Proceed Anonymously (Document No. 2), it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** as follows:

1. Plaintiff is granted leave to proceed anonymously.

2. Plaintiff may redact plaintiff's address from all pleadings.

/s/ TIMOTHY J. SAVAGE J.